IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY G. ALLEN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0105-CG-M |
| CHARLIE JONES, et al., | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  Upon the Court's sua sponte reconsideration, it is ORDERED that Plaintiff's "Motion for Extention for the Last Time for 67 Days to August 21st [sic]" (Doc. 55) and "Motion Injunction of Relief, for Additional Time or Refund the Total Balance Thats Been Sent $55.25 [sic]" (Doc. 48) be and are hereby DENIED.  It is further ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g) and that the fees sent to the Court by Plaintiff be and are hereby RETURNED to him.

DONE this 29th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE