IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY G. ALLEN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0105-CG-M |
| CHARLIE JONES, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE 29th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE