IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRACY G. ALLEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO. 05-0105-CG-M** |
| | ) |
| **CHARLIE JONES, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

This matter is before the court on plaintiff's "motion of compel and injunction of relief in error." (Doc. 65-1). Plaintiff requests permission to "change [the] grounds on [his] 1983 class action, from cruel and unusual punishment, to institutional violation of a prisoners [sic] constitutional rights under the [E]ighth [A]mendment thru Fourteenth Amendment." (Id. at 1). In a June 29, 2006 order, this court adopted the report and recommendation of the magistrate judge, which recommended that plaintiff's complaint be dismissed for failure to establish, pursuant to 28 U.S.C. § 1915(g)[1], that plaintiff was "under imminent danger of serious physical injury." (Doc. 58 at 3). Altering the grounds underlying plaintiff's claim, however, has no impact on this court's disposition. Accordingly, plaintiff's "motion of compel and injunction of relief in error" (Doc. 65-1) is without merit and hereby **DENIED**. The file remains closed.

**DONE and ORDERED** this 8th day of December 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] "Because plaintiff has had three actions there were previously dismissed as frivolous, he was requested to pay the $250.00 filing fee when he filed this action or he would suffer the dismissal of his action unless he came within the exception of 28 U.S.C. § 1915(g)." (Doc. 58 at 3).